**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

April 7, 2025

**VIA ECF**

Honorable Ronnie Abrams
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

      Re:    <u>Daza v. SLH Management, LLC d/b/a P.J. Clarke's Lincoln Square and Kairsten Nunn</u>, Case No. 1:24-cv-09712-RA

Your Honor:

      We represent Defendant Kairsten Nunn in the above-referenced matter. Pursuant to Section 1(D) of Your Honor's Individual Rules and Practices in Civil Cases, we write jointly with counsel for Plaintiff Amber Daza and Defendant SLH Management, LLC d/b/a P.J. Clarke's Lincoln Square to respectfully request an adjournment of the Initial Conference currently scheduled for April 18, 2025.

      The parties request the adjournment due to the fact that the parties have a Court-ordered mediation scheduled on April 29, 2025. The parties will update the Court concerning the settlement status of the action by May 2, 2025. Further, to the extent that the action does not settle at the mediation, the parties are available to reschedule the Initial Conference on May 13, 20 (AM only), 21 (PM only), or 22, 2025. In addition, if the request is granted, the parties further request that the deadline for the joint pre-conference submissions be adjourned from April 11, 2025 to a date that is one week before the new conference date. This is the parties' first request to adjourn the Initial Conference.

Application granted.  The initial teleconference is adjourned to May 22, 2025 at 3:30 p.m.  The parties shall update the Court concerning the status of settlement by May 2, 2025 and shall file their joint letter and case management materials by May 15, 2025.

Respectfully submitted,

/s/ Alicia Valenti

Alicia Valenti

SO ORDERED.

_____
Hon. Ronnie Abrams
April 8, 2025