UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBER DAZA,

                Plaintiff,

                v.                                  No. 24-CV-9712 (RA)

SLH MANAGEMENT, LLC d/b/a P.J.              ORDER
Clarkes Lincoln Square and KAIRSTEN
NUNN,

                Defendants.

---

RONNIE ABRAMS, United States District Judge:

    An initial conference is scheduled in this matter for May 22, 2025 at 2:00 p.m. The conference will be held by telephone at Dial-In Number: (855) 244-8681 and Meeting ID: 23055424735.

SO ORDERED.

Dated:    May 20, 2025
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge